**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Sanchez-Gonzalez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj1234 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **ESGARDO SANCHEZ-GONZALEZ,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 25, 2008          *s/ Bridget Kennedy*
                                Federal Defenders of San Diego, Inc.
                                *bridget_kennedy@fd.org*

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Sanchez-Gonzalez
7
8                   UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )   Case No. 08MJ1234
                                  )
12            Plaintiff,          )
                                  )
13 v.                             )   PROOF OF SERVICE
                                  )
14 **ESGARDO SANCHEZ-GONZALEZ,**  )
                                  )
15            Defendant.          )
                                  )
16
17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21
22 Dated: April 25, 2008                  _s/ Bridget L. Kennedy_
                                          **BRIDGET L. KENNEDY**
23                                        Federal Defenders of San Diego, Inc.,
                                          225 Broadway, Suite 900
24                                        San Diego, CA 92101-5030
                                          (619) 234-8467  (tel)
25                                        (619) 687-2666  (fax)
                                          e-mail:bridget_kennedy@fd.org
26
27
28